# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| ADAMS 3, LLC, ) | Case No. 22-205-ELG |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| YSRTL LLC TES CUSTODIAN, ) | |
| ) | Adv. Case No. 23-10032-ELG |
| Plaintiff, ) | |
| ) | State Court Case 2023-CAB-005367 |
| v. ) | |
| ) | |
| WATERLOO RESUCE, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| and ) | |
| ) | |
| ANY AND ALL UNKNOWN OWNERS OF ) | |
| THE PROPERTY DESCRIBED BELOW, ) | |
| THEIR HEIRS, DEVISEES, PERSONAL ) | |
| REPRESENTATIVES, AND EXECUTORS, ) | |
| ADMINISTRATORS, GRANTEES, ASSIGNS ) | |
| OR SUCCESSORS IN RIGHT, TITLE, ) | |
| INTEREST, AND ANY AND ALL PERSONS ) | |
| HAVING OR CLAIMING ANY INTEREST ) | |
| IN THE LEASEHOLD OR FEE SIMPLE IN ) | |
| THE PROPERTY AND PREMISES IN ) | |
| THE DISTRICT OFCOLWNBIA DESCRIBED ) | |
| AS SQUARE: 2551 LOT: 0035, WHICH MAY ) | |
| ALSO BE KNOWN AS 2406 18TH STREET, ) | |
| NW, WASHINGTON, D.C. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF REMOVAL

1

Comes now Waterloo Rescue, LLC ("Waterloo Rescue" or the "Defendant"), by and through undersigned counsel, pursuant to Section 1452 of Title 28 of the United States Code, Section 1334 of Title 28 of the United States Code, and Federal Rule of Bankruptcy Procedure 9027, and hereby gives notice of the removal of the above-captioned matter from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia (which, as noted *infra*, results in the referral of the matter to the United States Bankruptcy Court for the District of Columbia), and in support thereof notes as follows:

1. This is a civil action commenced in the Superior Court for District of Columbia on or about August 30, 2023.

2. On July 6, 2023, a plan of reorganization (the "Plan") was confirmed in the above-captioned Chapter 11 proceeding.

3. The Plan provides, *inter alia*, that "real property commonly known as 2406 18th Street, NW, Washington, DC 20009; 2408 18th Street, NW, Washington, DC 20009; and 2410 18th Street, NW, Washington, DC 20009, together with all improvements thereupon" shall be:

> …transferred to [Waterloo Rescue] … free and clear of all (i) Liens, mortgages, security interests, conditional sale or other title retention agreements, pledges, claims, judgments, demands, easements, charges, encumbrances, defects, options, rights of first refusal, and restrictions of all kinds and (ii) all debts arising under or out of, in connection with, or in any way relating to, any acts of the Debtor, claims, rights, including rights of setoff or recoupment, defenses, causes of action (whether at law or in equity), obligations, demands, guarantees, interests and matters of any kind or nature whatsoever that arise prior to closing.

Plan, DE #117-1 in the Main Case, at §§ 1.2(mm); 4.1.1.

4. The Plan further provides that this Honorable Court shall retain jurisdiction, *inter alia*, "to hear and to determine all controversies, disputes, and suits which may arise in connection with the execution, interpretation, implementation, consummation, or enforcement of the Plan…" *Id.* at ¶ 7.1(b).

5. The sale contemplated in the Plan was executed by conveyance of a trustee's deed dated July 25, 2023, duly recorded amongst the land records of the District of Columbia on or about August 2, 2023. *See* Trustee's Report of Sale, DE #140, at Exhibit A.

6. This lawsuit seeks to foreclose the real property commonly known as 2406 18th Street, NW, Washington, D.C. (the "Property") pursuant to a tax certificate acquired by YSRTL LLC TES CUSTODIAN (the "Plaintiff") on or about July 22, 2022.

7. The sale of the Property to Waterloo Rescue was, as noted above, free and clear of the interests and lien evidenced by the Plaintiff's tax certificate.

8. The Plaintiff was on notice of this bankruptcy proceeding at all times relevant, as evidenced by the Plaintiff's proclamation that:

> The Complaint herein could not be previously filed in the ordinary course of the 1 year filing deadline due to the automatic stay pursuant to §362 of the Bankruptcy Code. However, once the Property was sold and the Deed recorded, it is no longer part of the Bankruptcy estate, providing Plaintiff 30 days to file this action in in accordance with the extension provided in § l08 of the Bankruptcy Code.

Complaint, attached hereto as Exhibit A, at p. 2, n. 1.

9. This is a core proceeding pursuant to Sections 157(b)(2)(A), 157(b)(2)(K), and 157(b)(2)(O) of Title 28 of the United States Code.

10. Pursuant to DCt.LBR 5011-1, this matter is automatically referred to the United States Bankruptcy Court for the District of Columbia upon being removed from the Superior Court of the District of Columbia.

11. Attached hereto as Exhibit A is "a copy of all process and pleadings."

12. A copy of this notice is being docketed in the Superior Court of the District of Columbia, in a manner substantially contemporaneous with its filing herein, sans Exhibit A.

13. Waterloo Rescue consents to the entry of final orders or judgments of the United States Bankruptcy Court for the District of Columbia.

Respectfully submitted,

Dated: October 25, 2023

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Waterloo Rescue*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October, 2023, a copy of the foregoing was sent, via first class mail, postage prepaid, to:

YSRTL LLC TES CUSTODIAN
3031 S. Cole Road
Boise, Idaho 83709
*Plaintiff*

Seth Slomovitz, Esq.
Law Offices of Eric Howell Sayles, P.L.L.C.
1155 Connecticut Avenue, NW
Suite 650
Washington, DC 20036
*Counsel for the Plaintiff in
the Superior Court Action*

/s/ Maurice B. VerStandig
Maurice B. VerStandig