**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

## YSRT L LLC T ES CUSTODIAN

_____
Plaintiff

vs.

Case Number   2023-CAB-005367

WATERLOO RESCUE, LLC, a Virginia Limited Liability Company
_____
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Seth Slomovitz, Esq.
_____
Name of Plaintiff's Attorney

1155 Connecticut Ave, NW Suite 650
_____
Address
Washington, DC 20036

(202) 232-7100
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____  August 31, 2023

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오.      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                          Demandante

        contra                                          Número de Caso: _____

_____
                          Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Seth Slomovitz, Esq.                                  _SECRETARIO DEL TRIBUNAL_
_____
**Nombre del abogado del Demandante**

1155 Connecticut Ave, NW Suite 650          Por: _____
_____                        Subsecretario
**Dirección**
Washington, DC 20036

(202) 232-7100                                  Fecha _____
_____
**Teléfono**

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828 로 전화주십시오    ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                          Super. Ct. Civ. R. 4

Case 23-10033-ELG    Doc 1-1    Filed 10/25/23    Entered 10/25/23 19:51:20    Desc Copy 08/30/2023 1:09:30 PM
of all process and pleadings    Page 3 of 28
Superior Court
of the District of Columbia

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| YSRTL LLC TES CUSTODIAN<br>3031 S. Cole Road<br>Boise, ID 83709<br><br>    Plaintiff<br><br>  vs.<br><br>WATERLOO RESCUE, LLC, a Virginia Limited<br>Liability Company<br>c/o Maurice B. VerStandig, Esq.<br>The VerStandig Law Firm, LLC<br>9812 Falls Road, #114-160<br>Potomac, MD 20854<br><br>And<br><br>THE DISTRICT OF COLUMBIA<br>Serve: Muriel Bowser, Mayor<br>Attn: Christina Anderson, Correspondence Unit<br>1350 Pennsylvania Avenue, NW #221<br>Washington, DC 20001<br><br>Serve: Attorney General of the District of Columbia<br>Attn: Darlene Fields<br>441 4th St. NW<br>Washington, DC 20001<br><br>And<br><br>Any and all unknown owners of the property described<br>below, their heirs, devisees, personal representatives,<br>and executors, administrators, grantees, assigns or<br>successors in right, title, interest, and any and all<br>persons having or claiming any interest in the<br>leasehold or fee simple in the property and premises in<br>the District of Columbia described as **Square: 2551<br>Lot: 0035, which may also be known as 2406 18th<br>Street, NW, Washington, D.C.**<br><br>    Defendants. | Civil Action No. 2023-CAB-005367<br><br>**(ACTION INVOLVING REAL<br>PROPERTY)**<br><br>FORECLOSURE/TAX SALE JUDGE |

## COMPLAINT TO FORECLOSE THE RIGHT OF REDEMPTION

Comes now Plaintiff, by and through its undersigned attorney, who files this action to foreclose the right of redemption on a tax lien Certificate of Sale held by Plaintiff, who states as follows in support thereof:

## JURISDICTION

1.      This Court has jurisdiction of the subject matter of this action pursuant to D.C. Official Code, §11-921 and §47-1330, *et seq.*

## PARTIES

2.      Plaintiff is the holder of Certificate of Sale ("Certificate") for the property described Square: 2551 Lot: 0035, which may also be known as 2406 18th Street, NW, Washington, D.C. (the "Property"). Attached hereto and made part hereof as "Exhibit 1" is a true and correct copy of the Certificate, which itemizes the amount paid in taxes, including costs of sale, which are amounts are incorporated as if fully restated herein.

3.      The record owner of the Property is Defendant WATERLOO RESCUE, LLC, a Virginia Limited Liability Company, pursuant to a sale conducted by the Chapter 11 Trustee in a pending action against the original owner, Adams 3, LLC, in the United States Bankruptcy Court for the District of Columbia, by Deed recorded on August 2, 2023 and filed in the bankruptcy action on August 9, 2023.[1]

4.      The remaining Defendants are parties with a record interest in the Property, to be named as Defendants in accordance with Chapter 13A of Title 47 of the D.C. Code, 2001 Ed. (as may be amended), §47-1371(b)(1); parties that may otherwise have an interest in the Property

---

[1] The Complaint herein could not be previously filed in the ordinary course of the 1 year filing deadline due to the automatic stay pursuant to §362 of the Bankruptcy Code. However, once the Property was sold and the Deed recorded, it is no longer part of the Bankruptcy estate, providing Plaintiff 30 days to file this action in in accordance with the extension provided in § 108 of the Bankruptcy Code.

based on Plaintiff's due diligence; and the District of Columbia, which is a required statutory
Defendant.

### FACTS

5.    On or about July 22, 2022, the above-referenced Property was sold at a tax sale auction
by Eva M. Liggins, Director, Real Property Tax Administration, under authority conferred upon her
by the Chief Financial Officer of the District of Columbia, the Mayor of the District of Columbia and
§ 47-1345, et seq., of the District of Columbia Code (2001 Ed.). *See* Exhibit 1.

6.    In accordance with D.C. Code § 47-1371, Plaintiff certifies, under penalty of
perjury, that a search for the necessary defendants and records for at least 40 years immediately
prior to filing this action has been performed in accordance with generally accepted standards of
title examination of the records of the Recorder of Deeds and probate decisions of the Superior
Court. Plaintiff further certifies, under penalty of perjury, that an online bankruptcy records search
has been performed for the record owner and the record owner's name(s) were not found in any
active case.

7.    According to the assessment and taxation records of the District of Columbia, the
Property is Commercial, classified as "Class 2" by the District of Columbia.

8.    More than six months have elapsed since the tax sale, and the Property has not been
redeemed by a person having an interest in it.

9.    In accordance with D.C. Code § 47-1353.01, Plaintiff has posted a notice on the
Property more than forty-five (45) days prior to filing this Complaint. *See* Affidavit of Pre-
Complaint Posting, attached hereto as Exhibit 2.

10.    Pursuant to D.C. Code §47-1360, any person having an interest in the Property may redeem the Property at any time until the foreclosure of the right of redemption is final by paying the amounts specified in D.C. Code § 47-1361.

11.    Any interest or lien, which any of the Defendants herein has or claims to have in or upon the Property or some part thereof, is subject to the Certificate.

12.    The sum of money necessary to redeem the Property includes all taxes listed on the Certificate as due to the District of Columbia, less surplus, in the amount of $100,552.07, together with interest from the date the Property was sold; court costs and attorneys' fees to compensate the Certificate holder; expenses incurred in the publication, service of process and notice by all means; reasonable fees for title searches; and any and all other amounts paid by the Plaintiff in accordance with the provisions of D.C. Code, §§ 47-1361 and 47-1377 (2001 ed.), as well as all outstanding real property taxes, BID taxes, vault rents, and certified municipal lien amounts due and owing on the Property, whether assessed prior or subsequent to the filing of this action, in order to bring the Property current on its outstanding taxes.

13.    As of the date of filing, the District of Columbia has not provided a notice of redemption as required by D.C. Code § 47-1361(d), or a notice that the Certificate is void or has been cancelled. To the extent that any adjustment to the account or after-acquired information reveals that the property was redeemed prior to filing or is otherwise void or should be cancelled in the opinion of the District of Columbia, Plaintiff has detrimentally relied on information provided by the District of Columbia, or lack thereof, and seeks monetary damages against the District of Columbia for violation of the statute, for negligence, and for conversion to the extent any amounts due to Plaintiff are wrongfully held by the District of Columbia.

14.    In accordance with D.C. Code §47-1370(e), and upon issuance of a Civil Action case number by the Clerk of the Court, Plaintiff shall provide notice of this Complaint to the Chief Financial Officer and the Real Property Tax Ombudsman, by e-mail, respectively, to taxsale@dc.gov and realpropertytax@dc.gov, and electronically using OTR's online portal at MyTax.DC.gov. in accordance with applicable regulations.

**WHEREFORE**, Plaintiff respectfully requests:

A. That a Summons be issued to all Defendants, commanding them to appear in this Court on the date named therein to Answer this Complaint and/or redeem the Property, and, in the case of their failure to do so, receive a final order foreclosing all rights of redemption in the Property;

B. That an Order of Publication be issued directed to all persons having an interest in the Property;

C. That, in the event of redemption, Plaintiff be refunded the amounts to which it is entitled from the District of Columbia, including the amount paid for the Certificate with interest as allowed by statute, the amount of any subsequent taxes, interest, and penalties paid by the Plaintiff with interest as allowed by statute, as well as reimbursement for pre-complaint expenses and other amounts that may be due pursuant to the statute;

D. That the Plaintiff be awarded attorney's fees and costs pursuant to D.C. Code § 47-1377, and may have such other and further relief as the nature of this case may require;

E. That, if the Property is not redeemed prior to entry of judgment and the post-judgment equity distribution requirements of D.C. Code §47-1382.01 must be met, a trustee is appointed to sell the Property consistent with the Rules of this Court;

F. That, if the trustee's appointment is rescinded by the Court, or if D.C. Code §47-1382.01 is not applicable and the Property has not been redeemed, a final judgment be entered

that forecloses the right of redemption of the defendants and any and all other interested parties to

the Property and directs the Mayor of the District of Columbia to execute and deliver a Deed

transferring the Property, and any uncontested equity in the Property, to the Plaintiff in fee

simple upon payment to the Mayor of the amount required under Chapter 13A of Title 47 of the

D.C. Code, 2001 Ed., §47-1382, and directing the Mayor to enroll the Plaintiff in fee simple as

the owner of the Property;

G. That this Honorable Court vests in the Plaintiff absolute and indefeasible title, one hundred

percent fee simple, in and to the real property, barring all rights of redemption and claims to any equity

in the Property, foreclosing any and all prior or subsequent descents or alienations of the property

herein described, and all encumbrances thereon, except easements, taxes and other municipal liens

accruing subsequent to the date of the attached Certificate as may be due pursuant to the relevant

statute;

H. That, after issuance of a deed to Plaintiff, the Court enter an Order directing the Defendants

and all persons claiming by, through, or under them to deliver up to the Plaintiff the possession of the

Real Property.

I. That, in the event that the District of Columbia later determines that the Property was

redeemed or cancelled prior to the date of filing, Plaintiff be awarded monetary damages, including

costs, attorney fees, and interest on all monies held by the District of Columbia.

The undersigned affirms and declares, under penalty of perjury, that the contents of the

foregoing Complaint are, to the best of my knowledge, information and belief, true and correct.

Respectfully submitted,

LAW OFFICES OF ERIC HOWELL SAYLES, P.L.L.C.

_____/s/_____

Seth Slomovitz, Esq. (DC Bar #490958)
1155 Connecticut Ave, NW, Suite 650
Washington, DC  20036
Phone: (202) 232-7100
Fax: (202) 232-5204
E-mail: seth@sayleslegal.com
*Counsel for Plaintiff*

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| YSRTL LLC TES CUSTODIAN | ) |
| | ) |
| Plaintiff | ) Civil Action No. _2023-CAB-005367_ |
| | ) |
| vs. | ) |
| | ) **(ACTION INVOLVING REAL** |
| WATERLOO RESCUE, LLC, a Virginia Limited | ) **PROPERTY)** |
| Liability Company, *et al* | ) |
| | ) FORECLOSURE/TAX SALE JUDGE |
| Defendants. | ) |

## CONSENT TO HAVE TAX SALE FORECLOSURE PROCEEDINGS CONDUCTED BY A MAGISTRATE JUDGE

Pursuant to Superior Court Civil Rule 73, Plaintiff hereby consents to have all

proceedings in the above-captioned case conducted by a Magistrate Judge.

The Clerk of the Court will please note this Consent in the record.


Respectfully submitted,

LAW OFFICES OF ERIC HOWELL SAYLES, P.L.L.C.
by:


_____/s/_____
Seth Slomovitz, Esq. (DC Bar #490958)
1155 Connecticut Ave, NW, Suite 650
Washington, DC 20036
Phone: (202) 232-7100
Fax: (202) 232-5204
E-mail: seth@sayleslegal.com
*Counsel for Plaintiff*

# PLAINTIFF'S

# EXHIBIT 1



Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

Notice Number:   L0007937168

## CERTIFICATE OF SALE

I, Eva M. Liggins, acting under authority of the Chief Financial Officer (CFO) of the District of Columbia, certify that on July 22, 2022 the real property described as Square: 2551 Suffix:   Lot: 0035, and assessed to ADAMS 3 LLC was offered at public tax sale for the sum of Two Hundred Fifty Thousand Five Hundred Fifty Two Dollars and 7/100 for the periods and amounts of taxes and costs, to wit:

| | | |
|---|---|---|
| Taxes due for year ended | September 30, 2021 | $67,816.32 |
| Penalties, Interest, and Tax Sale Fees | | $25,484.23 |
| Adams Morgan Partnership BID | | $7,251.52 |
| Amount for which sold, less surplus | | $100,552.07 |
| Surplus | | $150,000.00 |
| Total amount for which sold | | $250,552.07 |

I further certify that on July 22, 2022, with the amounts specified above totaling 250,552.07 (including surplus) , I sold to YSRTL LLC the said real property for the sum of One Hundred Thousand Five Hundred Fifty Two Dollars and 7/100, plus surplus in the amount of One Hundred Fifty Thousand Dollars and 0/100. The real property described in this certificate is subject to redemption.

Upon payment to the CFO as specified in § 47-1361(a) or, if payment to the CFO is made by another purchaser under § 47-1382(c) , the purchaser shall be refunded the sums paid on account of the purchase price, together with simple interest thereon at the rate of 1.5% per month or portion thereof on the amount paid for the real property, excluding surplus, beginning on the first day of the month immediately following the date of the tax sale or the date when the certificate of sale was assigned by the CFO until the payment to the CFO is made as required under § 47-1361(a) or § 47-1382(c); provided, that the purchaser shall not receive interest on any surplus.

On redemption, the purchaser shall also receive expenses permitted by Chapter 13A of Title 47 of the D.C. Official Code that may have been collected by the CFO. Before a deed can be delivered to the purchaser, all taxes as defined in Chapter 13A with interest thereon, and including taxes with interest thereon for years for which the District or a third party purchased the real property at any tax sale and expenses reimbursable under Chapter 13A shall be paid to the D.C.Treasurer except as provided in D.C.Official Code § 47- 1361(b).

After January 23, 2023, an action can be brought to foreclose the right of redemption in the real property. This certificate will be void unless such an action is brought and diligently pursued within one year from the date of this certificate. If this certificate becomes void as provided in D.C. Official Code § 47-1355, all monies paid for the real property will be forfeited to the District.

An assignee of this certificate shall notify the CFO within 30 days of the assignment and provide to the CFO the assignee's name, address, and telephone number. If notice is not provided within 30 days of the assignment, the certificate shall be voidable at the discretion of the CFO.

Given under my hand and official seal, this 29th day of July, 2022

After Recording, Return To:

(When submitting to the Recorder of Deeds, enter return address above.)

*Eva M Liggins*

Eva M. Liggins

Director, Real Property Tax Administration



64159

## AFFIDAVIT OF PRE-COMPLAINT POSTING

**Notice Number: L0007991381**

The undersigned, after being duly sworn under oath, does declare and say:

1) I am over the age of eighteen (18) and not a party to this action and my business address is 2021 L Street NW #101-252, Washington, DC 20036.

2) On **May 23, 2023**, at **8:44 AM**, I posted a copy of the *Post Sale Notice Pursuant To D.C. Code 47-1353.01* where it could be conveniently read on the premises known as:

   **Square 2551, Lot 0035**, which has:

   [X] a street address of a/k/a: 2406 18th Street, NW, Washington, DC 20009

   [ ] appears to be unimproved land in [NE] [NW] [SW] [SE] Washington, (any street address referenced herein was ascertained either from the complaint or tax records and does not imply that a building actually is situated on the property. If there was no tree, fence, or other similar object available, the Documents were securely attached to a wooden stake as evidenced by the photograph appended hereto.)

3) A photograph of the posting is appended hereto.

4) From my observation, the property can be described as: [ ] unimproved (no building) [X] improved (with building) [ ] parking space or garage [ ] commercial (trade name or business name of the business is _____.

5) There is no additional information to provide with regards to this posting.

Mike Lievano
P.O. Box 18647
Washington, DC 20036
202-296-0222

Subscribed and Sworn to before me this 05/23/2023 by Mike Lievano

*E. Torri Schaffer, Notary Public*

*Commission Expires 11/29/2024*

NOTARY PUBLIC
E. TORRI SCHAFFER
MONTGOMERY CO. MD

E. TORRI SCHAFFER
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 11/29/2024



Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

Date of Notice:    August 12, 2022

Square Suffix Lot (SSL): 2551-    -0035
Premise Address:
2406 18TH ST NW
WASHINGTON DC 20009

Notice Number:  L047091341

Ozzetto ADAMS 3 LLC
Case ID 1142674

## ATTENTION: YOUR PROPERTY WAS SOLD AT TAX SALE

Premise Address: 2406 18TH ST NW WASHINGTON DC 20009

Subject Property: 2551-    -0035

**If you do not pay all amounts due, the purchaser will have the right to file a lawsuit to foreclose on the property and you may lose title.**

According to the Mayor's tax roll, you own or may have an interest in the real property listed above. Please follow the below instructions to redeem your property from tax sale and prevent a foreclosure lawsuit.

To redeem your property from the tax sale, you must pay all taxes owed, as well as any legal fees and expenses that may become due.

A tax bill is mailed to you during the month of August. You should pay the bill in full and on time.

If you are receiving this notice after October 31, 2022, or if you have not already paid your tax bill in full, you should contact the Office of Tax and Revenue ("OTR") at (202) 727-4TAX (4829) for a current tax bill and up-to-date payoff amount.

After you have paid your taxes, you should call OTR to confirm that you have redeemed your property. Keep a copy of your proof of payment in case there is a later dispute about the payment.

If you have not paid all taxes within four months after the Tax Sale Date stated above, an additional $381.50 may be added to reimburse the purchaser for some costs.

If you do not redeem the property within six months of the Tax Sale Date stated above, the tax sale purchaser may file a lawsuit against you to obtain title to the property.

If the purchaser files a foreclosure lawsuit, you will be responsible for legal fees and expenses that may total thousands of dollars. You may also lose title to the property.

For further information on how to redeem, please read our Real Property Owner's Guide to the Tax Sale Redemption Process, available on our website at www.otr.cfo.dc.gov page/real-property-tax-sale. You may also request a copy by visiting or writing to our Office of Tax and Revenue 1101 4th Street SW, Suite W550, Washington, DC 20024.

## YOU MAY BE ELIGIBLE FOR FREE LEGAL SERVICES OR OTHER ASSISTANCE. SEE THE NEXT PAGE FOR MORE INFORMATION.

Should you have additional questions, please call OTR's Customer Service Center at (202) 727-4TAX (4829)

1101 4th Street SW, Suite W270, Washington, DC 20024 e-Services: (202) 759-1946 E-mail: e-services.otr@dc.gov
MyTax.DC.gov

2406 18th Street NW Washington DC 20009
May 23, 2023, 8:43 AM





## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| YSRTL LLC TES CUSTODIAN<br>3031 S. Cole Road<br>Boise, ID 83709 | )<br>)<br>)<br>) |
| Plaintiff | )<br>) |
| vs. | )<br>) |
| WATERLOO RESCUE, LLC, a Virginia Limited<br>Liability Company<br>c/o Maurice B. VerStandig, Esq.<br>The VerStandig Law Firm, LLC<br>9812 Falls Road, #114-160<br>Potomac, MD 20854 | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2023-CAB-005367<br>)<br>) **(ACTION INVOLVING REAL**<br>) **PROPERTY)** |
| And | )<br>) |
| THE DISTRICT OF COLUMBIA<br>Serve: Muriel Bowser, Mayor<br>Attn: Christina Anderson, Correspondence Unit<br>1350 Pennsylvania Avenue, NW #221<br>Washington, DC 20001 | ) FORECLOSURE/TAX SALE JUDGE<br>)<br>)<br>)<br>) |
| Serve: Attorney General of the District of Columbia<br>Attn: Darlene Fields<br>441 4th St. NW<br>Washington, DC 20001 | )<br>)<br>)<br>) |
| And | )<br>) |
| Any and all unknown owners of the property described<br>below, their heirs, devisees, personal representatives,<br>and executors, administrators, grantees, assigns or<br>successors in right, title, interest, and any and all<br>persons having or claiming any interest in the<br>leasehold or fee simple in the property and premises in<br>the District of Columbia described as **Square: 2551**<br>**Lot: 0035, which may also be known as 2406 18th**<br>**Street, NW, Washington, D.C.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### ORDER OF PUBLICATION

In accordance with D.C. Code § 47-1375, the object of this proceeding is to secure the foreclosure of the right of redemption in the real property, described Square: 2551 Lot: 0035, which may also be known as 2406 18th Street, NW, Washington, D.C., which property was sold by the Mayor of the District of Columbia to the Plaintiff in this action. The Complaint states, among other things, that the amounts necessary for redemption have not been paid.

Accordingly, it is this __30__ day of ___August___, 2023, hereby

**ORDERED** by the Superior Court of the District of Columbia, that notice be given by the insertion of a copy of this Order in *The Daily Washington Law Reporter*, a newspaper having a general circulation in the District of Columbia, once a week for three (3) successive weeks, notifying all persons interested in the real property described above to appear in this Court by the __24th__ day of ___January___, 2024 and redeem the real property by payment of $100,552.07, together with interest from the date the real property tax Certificate of Sale was purchased; court costs; reasonable attorney's fees; expenses incurred in the publication and service of process; and all other amounts in accordance with the provisions of D.C. Official Code §§ 47-1361 through 1377, *et seq.*, or answer the Complaint, or, thereafter, a final judgment will be entered foreclosing the right of redemption in the real property and vesting in the Plaintiff a title in fee simple.

by: _____

Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

| | |
|---|---|
| YSRTL LLC TES CUSTODIAN | Case Number: 2023-CAB-005367 |
| vs | Date: August 30, 2023 |
| WATERLOO RESCUE, LLC, a Virginia Limited Liability Company, et. al | ☐ One of the defendants is being sued in their official capacity. |

| | | |
|---|---|---|
| Name: *(Please Print)* Seth Slomovitz, Esquire | | Relationship to Lawsuit |
| Firm Name: Law Offices of Eric Howell Sayles, PLLC | | ☒ Attorney for Plaintiff |
| Telephone No.: (202) 232-7100 | Six digit Unified Bar No.: 490958 | ☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE: ☒ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury

Demand: $_____    Other: Foreclosure of Right of Redemption/Fee Simple Title

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____    Judge: _____    Calendar #:_____

Case No.:_____    Judge: _____    Calendar#:_____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

### A. CONTRACTS                    COLLECTION CASES

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation | ☐ 26 Insurance/Subrogation |
| ☐ 07 Personal Property | Over $25,000 Pltf. Grants Consent | Over $25,000 Consent Denied |
| ☐ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation | ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees | Under $25,000 Pltf. Grants Consent | Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration | |
| | Award (Collection Cases Only) | |

### B. PROPERTY TORTS

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

### C. PERSONAL TORTS

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 11 Libel and Slander | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 12 Malicious Interference | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 16 Negligence- (Not Automobile, Not Malpractice) | ☐ 23 Tobacco |
| ☐ 08 Fraud | | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE        IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☒ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

| /s/ Seth Slomovitz | August 30, 2023 |
|---|---|
| Attorney's Signature | Date |



**Superior Court of the District of Columbia**
**Civil - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**(202) 879-1133 | www.dccourts.gov**

**Case Number:** 2023-CAB-005367
**Case Caption:** YSRTL LLC TES CUSTODIAN v. WATERLOO RESCUE, LLC, a Virginia Limited Liability Company et. al.

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Wednesday, 01/24/2024 | 11:30 AM | Remote Courtroom 205 |

**Please see attached instructions for remote participation.**

Pursuant to D.C. Code §11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows.

1) Effective this date, this case has been assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

2) No later than 180 days after the filing of the complaint in cases filed pursuant to D.C. Code §47-1370 et. seq., plaintiff must file proof of serving on each defendant: copies of the summons, the Complaint, Order of Publication, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4.

3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

4) At the time and place noted above, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients prior to the conference whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this Conference.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb205

   Meeting ID: 129 814 7399

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992–4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at (202) 879-1133.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩትን የጸሐፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have **a remote hearing?**

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  📞 Civil Actions Clerk's Office: 202-879-1148

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
### (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.



# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:



| **Remote Site - 1** | **Remote Site - 4** |
|---|---|
| Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Remote Site - 2** | **Remote Site - 5** |
| Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Remote Site - 3** | **Remote Site - 6** |
| Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov

# Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

Los centros de acceso remoto son:



**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*No se puede entrar sin cita previa*

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al **202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Seth Slomovitz
1155 Connecticut Ave NW Suite 650
Washington DC  20036

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**    YSRTL LLC TES CUSTODIAN v. WATERLOO RESCUE, LLC, a Virginia Limited Liability
Company et. al.

**To:**  Seth Slomovitz                                            **Case Number:**    2023-CAB-005367

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **01/24/2024** at **11:30 AM in Remote Courtroom 205**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

Link: dccourts.webex.com/meet/ctb205

Meeting ID: 129 814 7399

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጉሚ አገልግሎቶች:**

የዲሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጉሚ ለመጠየቅ እባክዎን በመመዝገብ የተዘረዘሩውን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያነጋሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።