**22NTCHRG AP**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Adams 3, LLC,**<br>Debtor. | Case No. 22-00205-ELG<br><br>Chapter 11 |
| **YSRTL LLC TES CUSTODIAN,**<br>Plaintiff,<br><br>v.<br><br>**Waterloo Rescue, LLC, et al,**<br>Defendants. | Adv. Pro. No. 23-10033-ELG |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held on:

    12/6/2023 at 10:00 AM

    at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

    For the Court:
    Angela D. Caesar
    BY: AM
    Dated: 10/31/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.