Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Waterloo Rescue, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | |
| ADAMS 3, LLC, | Case No. 22-205-ELG |
| Debtor. | Chapter 11 |
| YSRTL LLC TES CUSTODIAN, | |
| Plaintiff, | Adv. Case No. 23-10033-ELG |
| v. | |
| WATERLOO RESUCE, LLC, | |
| and | |
| THE DISTRICT OF COLUMBIA, | |
| and | |
| ANY AND ALL UNKNOWN OWNERS OF THE PROPERTY DESCRIBED BELOW, THEIR HEIRS, DEVISEES, PERSONAL REPRESENTATIVES, AND EXECUTORS, ADMINISTRATORS, GRANTEES, ASSIGNS OR SUCCESSORS IN RIGHT, TITLE, INTEREST, AND ANY AND ALL PERSONS HAVING OR CLAIMING ANY INTEREST IN THE LEASEHOLD OR FEE SIMPLE IN THE PROPERTY AND PREMISES IN THE DISTRICT OFCOLWNBIA DESCRIBED | |

1

| | |
|---|---|
| AS SQUARE: 2551 LOT: 0035, WHICH MAY ) <br> ALSO BE KNOWN AS 2406 18TH STREET, ) <br> NW, WASHINGTON, D.C. ) <br>  ) <br>  Defendants. ) <br> _____) <br> YSRTL LLC TES CUSTODIAN, ) <br>  ) <br>  Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> WATERLOO RESUCE, LLC, ) <br>  ) <br> and ) <br>  ) <br> THE DISTRICT OF COLUMBIA, ) <br>  ) <br> and ) <br>  ) <br> ANY AND ALL UNKNOWN OWNERS OF ) <br> THE PROPERTY DESCRIBED BELOW, ) <br> THEIR HEIRS, DEVISEES, PERSONAL ) <br> REPRESENTATIVES, AND EXECUTORS, ) <br> ADMINISTRATORS, GRANTEES, ASSIGNS ) <br> OR SUCCESSORS IN RIGHT, TITLE, ) <br> INTEREST, AND ANY AND ALL PERSONS ) <br> HAVING OR CLAIMING ANY INTEREST ) <br> IN THE LEASEHOLD OR FEE SIMPLE IN ) <br> THE PROPERTY AND PREMISES IN ) <br> THE DISTRICT OFCOLWNBIA DESCRIBED ) <br> AS SQUARE: 2551 LOT: 0033, WHICH MAY ) <br> ALSO BE KNOWN AS 2410 18TH STREET, ) <br> NW, WASHINGTON, D.C. ) <br>  ) <br>  Defendant. ) <br> _____) | Adv. Case No. 23-10030-ELG |

**NOTICE OF DEADLINE TO FILE AND
SERVE OPPOSITION TO MOTION TO DISMISS OR,
<u>IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u>**

NOTICE IS HEREBY GIVEN that Waterloo Rescue, LLC ("Waterloo") has filed a motion

seeking dismissal of this action or, in the alternative, the entry of summary judgment in favor of

Waterloo. The motion is premised on the theory that a party purchasing property free and clear of liens cannot then be subjected to a foreclosure proceeding brought by one such former lienholder.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE DECEMBER 11, 2023, you must file and serve a written opposition to the motion. The opposition must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for December 13, 2023 at 10:00 AM. The hearing will be held in a hybrid format, both in Courtroom 1 at the above-referenced courthouse and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: November 7, 2023

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Waterloo Rescue*

[Certificate of Service on Following Page]

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of November, 2023, a copy of the foregoing was sent, via first class mail, postage prepaid, to:

YSRTL LLC TES CUSTODIAN
3031 S. Cole Road
Boise, Idaho 83709
*Plaintiff*

Seth Slomovitz, Esq.
Law Offices of Eric Howell Sayles, P.L.L.C.
1155 Connecticut Avenue, NW
Suite 650
Washington, DC 20036
*Counsel for the Plaintiff in
the Superior Court Action*

    /s/ Maurice B. VerStandig
    Maurice B. VerStandig