File No. **19-1240LS**
DEED-SHORT FORM D.C.

# 𝕿𝖍𝖎𝖘 𝕯𝖊𝖊𝖉, made this **15th** day of **October, 2019**, by and between ME AND THEE 820 AKA BANK OF TOBIAS TRUST, party of the first part, and Adams 3, LLC, a Virginia limited liability company, party of the second part.

WITNESSETH, that in consideration of the sum of Four Million and 00/100 Dollars (**$4,000,000.00**), the party of the first part does hereby grant unto the party of the second part, in fee simple, all that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to wit:

### Parcel 1: 2410 18th Street, NW

Lot numbered Thirty-three (33) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-three (33) in Square numbered Twenty-five hundred Fifty-one (2551).

### Parcel 2: 2408 18th Street, NW

Lot numbered Thirty-four (34) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-four (34) in Square numbered Twenty-five hundred Fifty-one (2551).

### Parcel 3: 2406 18th Street, NW

Lot numbered Thirty-five (35) in William P. Kellogg's subdivision of lots in Block numbered Seven (7), "Washington Heights", as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber County 12 at folio 156.

NOTE: At the date hereof the above-described property is designated on the Record of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered Thirty-five (35) in Square numbered Twenty-five hundred Fifty-one (2551).

Which has a property address of: **2406, 2408 & 2410 18th St NW
Washington, DC 20009**

Title Insurer: **Stewart Title Guaranty Company**

AND the said party of the first part covenants that it will warrant specially the property hereby conveyed; and that it will execute such further assurances of said land as may be requisite.

WITNESS the hand and seal the day and year first hereinbefore written.

IN PRESENCE OF:                          **ME AND THEE 820 AKA BANK OF TOBIAS TRUST**

_____        _____{SEAL}
                                         **Sheldon Arpad, Trustee**

_____        _____{SEAL}
                                         **Diana Lacomb Arpad, Trustee**

DISTRICT OF COLUMBIA

   I, Lola Shannon, a Notary Public, in and for the jurisdiction aforesaid, do hereby certify that **Sheldon Arpad and Diana Lacomd Arpad, Trustees**, who is personally well known to me as the grantor in, and the person who executed the foregoing and annexed deed, bearing the date of **October 15, 2019**, personally appeared before me in the said District and acknowledged the said deed to be its act and deed.

   Given under my hand and seal this **15th day of October, 2019**.

   Notary Public

   My Commission Expires: _____

   LOLA M. SHANNON
   A Notary Public of District of Columbia
   My Commission Expires February 14, 2020

AFTER RECORDING MAIL TO:                 GRANTEE ADDRESS:
**Premium Title & Escrow, LLC**          **1390 Chain Bridge Road**
**3407 14th Street NW**                  **McLean, VA 22101**
**Washington, DC  20010-3402**

```
Doc #: 2019114316
Filed & Recorded
10/23/2019 09:09 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
    RECORDING FEES          $25.00
    SURCHARGE               $6.50
    RECORDATION TAX FEES    $100,000.00
    TRANSFER TAX FEES       $100,000.00
TOTAL:                      $200,031.50
```