9042801534                    Pucell Flanagan Hay Green PA                           05:22:18 p.m.   04-29-2021        1/4
4/29/2021                                              Division of Corporations



Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H21000171668 3)))



H210001716683ABC%

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
     Division of Corporations
     Fax Number    : (850)617-6381

From:
     Account Name   : PURCELL, FLANAGAN, HAY & GREENE, P.A.
     Account Number : 071722000522
     Phone          : (904)355-0355
     Fax Number     : (904)355-0820

**Enter the email address for this business entity to be used for future
  annual report mailings. Enter only one email address please.**

     Email Address:___ysrman@gmail.com_____
```

## FLORIDA LIMITED LIABILITY CO.
## YSRTL, LLC

| Certificate of Status | 0 |
|---|---|
| Certified Copy | 0 |
| Page Count | 03 |
| Estimated Charge | $125.00 |

Electronic Filing Menu         Corporate Filing Menu                    Help

https://efile.sunbiz.org/scripts/efilcovr.exe                                                                      1/1

# ARTICLES OF ORGANIZATION
# OF
# YSRTL, LLC

The undersigned, for the purpose of forming a limited liability company under the laws of the State of Florida, adopts the following Articles of Organization:

## Article I
## Name

The name of this limited liability company shall be:

YSRTL, LLC

## Article II
## Principal Office and Mailing Address

The principal office and mailing address of this limited liability company shall be:

10905 S.W. 27th AVENUE
GAINESVILLE, FL 32608

## Article III
## Initial Registered Agent and Address

The name and street address of the initial registered agent of this limited liability company are:

JAY L. CURTIS
10905 S.W. 27th AVENUE
GAINESVILLE, FL 32608

## Article IV
## Authorized Managers

The name and street address of each Manager who is initially authorized to manage and control the limited liability company are:

JAY L. CURTIS
10905 SW 27th AVENUE
GAINESVILLE, FL 32608

Jonathan L. Hay, Esq.
Purcell, Flanagan, Hay & Greene, P.A.
1548 Lancaster Terrace
Jacksonville, Florida 32204
(904) 355-0355
Fla. Bar No.: 456586

## Article V
### Effective Date

The existence of this limited liability company shall commence on the date these Articles are signed.

## Article VI
### Purposes

This limited liability company is organized for the purpose of transacting any or all lawful business permitted under the laws of the United States of America and of the State of Florida.

## Article VII
### Operating Agreement

The initial Operating Agreement of this limited liability company shall be adopted by the members. The Operating Agreement shall be adopted, altered, amended, or repealed from time to time as provided in the Operating Agreement.

## Article VIII
### Amendment

The members, by vote of members holding a majority of the interests in the limited liability company, shall have the right to amend or repeal any provision contained in these Articles of Organization.

The undersigned has executed these Articles of Organization the __28th__ day of __April__, 2021.

*Jay Curtis*

JAY L. CURTIS
Authorized Representative

2021 APR 29 AM 11: 14

2

9042801534   Pucell Flanagan Hay Green PA                    05:23:14 p.m.   04-29-2021        4/4

## CERTIFICATE OF DESIGNATION OF
## REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 605.0113, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1. The name of the limited liability company is:

    YSRTL, LLC

2. The name and the Florida street address of the registered agent are:

    JAY L. CURTIS
    10905 S.W. 27th AVENUE
    GAINESVILLE, FL 32608

Having been named as registered agent and to accept service of process for the above-stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, Florida Statutes.

*Jay Curtis*
JAY L. CURTIS, Registered Agent

