**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 23-10033-ELG** |
| **YSRTL LLC TES CUSTODIAN**<br>Debtor(s). | Chapter 11 |

### ORDER TO SHOW CAUSE

The Debtor(s) had until **11/28/2023 to cure the deficiencies set forth in the Notice to Party Filing Deficient Bankruptcy Case (Docket Nos. 9).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **12/06/2023 at 9:30 AM in Courtroom 1 and Zoom; Contact aimee_mathewes@dcb.uscourts.gov for meeting code** to show cause why the Debtor's bankruptcy case should not be dismissed for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: MB

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

YSRTL LLC TES CUSTODIAN,
    Plaintiff

Adv. Proc. No. 23-10033-ELG

Waterloo Rescue, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Nov 29, 2023      Form ID: pdf001      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + YSRTL LLC TES CUSTODIAN, 3031 S. Cole Road, Boise, ID 83709-4221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Nov 29 2023 22:05:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Justin Philip Fasano | on behalf of Plaintiff YSRTL LLC TES CUSTODIAN jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Defendant Waterloo Rescue LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 29, 2023 | Form ID: pdf001 | Total Noticed: 2 |

Seth Paul Slomovitz
              on behalf of Plaintiff YSRTL LLC TES CUSTODIAN seth@sayleslegal.com

TOTAL: 3