**United States Bankruptcy Court for
the District of Columbia**

| | |
|---|---|
| In re: Adams 3, LLC | Bankruptcy Case No: 22-00205-ELG |
| Debtor | |
| YSRTL LLC TES CUSTODIAN | Chapter: 11 |
| Plaintiff | |
| v. | Adv. Proceeding No: 23-10033-ELG |
| Bradley Jones | |
| | Scheduling Conference: 2/14/2024 at 10:00 |
| Defendant | |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to complain within 35 days.

| Address of the Clerk: | Clerk's Office
U.S. Bankruptcy Court
333 Constitution Avenue NW
Washington, DC 20001 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and address of Plaintiff's Attorney: | Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in this matter will be held in Courtroom 1 and via Zoom (email Aimee_Mathewes@dcb.uscourts.gov for meeting information)  on 02/14/2024 at 10:00 AM.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Angela Caesar
Clerk of the Bankruptcy Court

1/10/2024                                           By: /s/ Aimee Mathewes
Date                                                          Deputy Clerk

**CERTIFICATE OF SERVICE**

I, _____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of the defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                         (name of state)

Under penalty of perjury, I declare the foregoing is true and correct.

_____                    _____
Date                                                                Signature

Print Name
_____
Business Address
_____
City                                                State                              Zip