Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Waterloo Rescue, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ADAMS 3, LLC, | ) | Case No. 22-205-ELG |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| YSRTL LLC TES CUSTODIAN, | ) | |
| | ) | Adv. Case No. 23-10033-ELG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WATERLOO RESUCE, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| YSRTL LLC TES CUSTODIAN, | ) | |
| | ) | Adv. Case No. 23-10030-ELG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WATERLOO RESUCE, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF DEADLINE TO FILE AND**
**SERVE OPPOSITION TO MOTION TO DISMISS OR,**
**IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

1

NOTICE IS HEREBY GIVEN that Waterloo Rescue, LLC ("Waterloo") has filed a motion seeking dismissal of this action or, in the alternative, the entry of summary judgment in favor of Waterloo. The motion is premised on the theory that a party purchasing property free and clear of liens cannot then be subjected to a foreclosure proceeding brought by one such former lienholder.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE FEBRUARY 5, 2024, you must file and serve a written opposition to the motion. The opposition must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for February 7, 2024 at 10:00 AM. The hearing will be held in a hybrid format, both in Courtroom 1 at the above-referenced courthouse and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: January 23, 2024

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Waterloo Rescue*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of January, 2024, a copy of the foregoing was served on all parties through this Honorable Court's CM/ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig