Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Counsel for*
*Bradley D. Jones, Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-00205-ELG |
| ADAMS 3, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| YSRTL LLC TES CUSTODIAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 23-10030-ELG |
| | ) | |
| WATERLOO RESCUE, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| YSRTL LLC TES CUSTODIAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 23-10033-ELG |
| | ) | |
| WATERLOO RESCUE, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING
ON TRUSTEE'S MOTION TO DISMISS ADVERSARY COMPLAINTS**

Bradley D. Jones, chapter 11 trustee (the "Trustee"), by counsel, filed a Motion to Dismiss the Amended Complaints filed in the above-captioned matters (the "Motions"). A copy of the Motions and proposed orders are attached to this Notice.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motions, then:**

☒ On or before **February 23, 2024**, you or your attorney must file with the Court a written objection to the Motions, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

> Bradley D. Jones, Chapter 11 Trustee
> STINSON LLP
> 1775 Pennsylvania Ave., N.W., Suite 800
> Washington, DC 20006

☒ **PLEASE TAKE NOTICE that a hearing will be held on February 28, 2024, at 10:00 a.m. regarding the Motions.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

- 3 -

Dated: February 9, 2024	Respectfully submitted,

*/s/ Bradley D. Jones*
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Counsel for*
*Bradley D. Jones, Trustee*

### CERTIFICATE OF SERVICE

I certify that this Notice, the associated Motion, and Proposed Order were served on February 9, 2024, electronically upon all registered users pursuant to this Court's CM/ECF procedures.

*/s/ Bradley D. Jones*
Bradley D. Jones

#5514358v1  092303/000002