**EXHIBIT 1**



Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

| | |
|---|---|
| Date of Notice: February 21, 2024 | Notice Number: L0011172840 |
| Square Suffix Lot (SSL): 2551-    -0033 | Owner(s): WATERLOO RESCUE LLC |
| Premise Address:<br>2410 18TH ST NW<br>WASHINGTON DC 20009 | Case ID: 1156741 |

## NOTICE OF TAX SALE CANCELLATION

The District of Columbia Office of Tax and Revenue conducted an Annual Tax Sale on July 22, 2022 for the above-referenced property. The above sale has been cancelled as of the date of this notice. However, all real property taxes, together with applicable penalties and interest, remain outstanding until paid.

Should you have questions concerning this matter, please contact Patricia Watson, Tax Sale Unit Manager, via email at Patricia.Watson@dc.gov.

 Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

| | |
|---|---|
| Date of Notice: February 21, 2024 | Notice Number: L0011084233 |
| Square Suffix Lot (SSL): 2551-    -0034 | Owner(s): WATERLOO RESCUE LLC |
| Premise Address:<br>2408 18TH ST NW<br>WASHINGTON DC 20009 | Case ID: 787685 |



## NOTICE OF TAX SALE CANCELLATION

The District of Columbia Office of Tax and Revenue conducted an Annual Tax Sale on October 14, 2021 for the above-referenced property. The above sale has been cancelled as of the date of this notice. However, all real property taxes, together with applicable penalties and interest, remain outstanding until paid.

Should you have questions concerning this matter, please contact Patricia Watson, Tax Sale Unit Manager, via email at Patricia.Watson@dc.gov.

---

**1101 4th Street SW, Suite W270, Washington, DC 20024/e-Services: (202) 759-1946/Email: e-services.otr@dc.gov**
**MyTax.DC.gov**



Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

| | |
|---|---|
| Date of Notice: February 21, 2024 | Notice Number: L0011165080 |
| Square Suffix Lot (SSL): 2551- -0035 | Owner(s): WATERLOO RESCUE LLC |
| Premise Address:<br>2406 18TH ST NW<br>WASHINGTON DC 20009 | Case ID: 1142678 |



## NOTICE OF TAX SALE CANCELLATION

The District of Columbia Office of Tax and Revenue conducted an Annual Tax Sale on July 22, 2022 for the above-referenced property. The above sale has been cancelled as of the date of this notice. However, all real property taxes, together with applicable penalties and interest, remain outstanding until paid.

Should you have questions concerning this matter, please contact Patricia Watson, Tax Sale Unit Manager, via email at Patricia.Watson@dc.gov.