**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>ADAMS 3, LLC<br><br>Debtor.<br><br>YSRTL LLC TES CUSTODIAN<br><br>Plaintiff<br><br>vs.<br><br>WATERLOO RESCUE, LLC<br><br>Defendant<br><br>YSRTL LLC TES CUSTODIAN<br><br>Plaintiff<br><br>vs.<br><br>WATERLOO RESCUE, LLC<br><br>Defendant | Case No. 22-00205-ELG<br>Chapter 11<br><br><br><br>Adv. Proc. No. 23-10030-ELG<br><br><br><br>Adv. Proc. No. 23-10033-ELG |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

YSRTL LLC TES Custodian (the "Plaintiff") and Defendants Waterloo Rescue, LLC ("Waterloo") and Bradley Jones, Chapter 11 trustee (the "Trustee" and collectively with Waterloo, the "Defendants"), by and through their undersigned counsel, hereby stipulate that the above captioned adversary proceedings, are, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable herein by Federal Rule of Bankruptcy Procedure 7041, hereby dismissed with

prejudice, each side to bear its own fees and costs. This dismissal does not dismiss the District of Columbia.

| | |
|---|---|
| /s/ *Justin P. Fasano*<br>McNamee Hosea, P.A.<br>Justin P. Fasano, Esquire (Bar No. MD21201)<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770<br>Phone: 301-441-2420<br>jfasano@mhlawyers.com<br>*Counsel for Plaintiff* | /s/ *Brad Jones*<br>Bradley D. Jones, No. VA 68<br>Joshua W. Cox, No. 1033283<br>Ruiqiao Wen, No. 1743500<br>STINSON LLP<br>1775 Pennsylvania Ave., N.W., Suite 800<br>Washington, DC 20006<br>Tel. (202) 785-9100<br>Fax (202) 572-9943<br>brad.jones@stinson.com<br>joshua.cox@stinson.com<br>ruiqiao.wen@stinson.com<br>*Counsel for Bradley D. Jones, Trustee* |
| /s/ Maurice B. VerStandig<br>Maurice B. VerStandig, Esq.<br>Bar No. MD18071<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>Phone: (301) 444-4600<br>Facsimile: (301) 444-4600<br>mac@mbvesq.com<br>*Counsel for Waterloo Rescue* | |

I HEREBY CERTIFY that the terms of the copy of the stipulation submitted to the Court are identical to those set forth in the original stipulation; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation.

/s/ Justin Fasano
Justin Fasano

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2024, the foregoing request was served by CM/ECF to all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano