The order below is hereby signed.

Signed: March 13 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>ADAMS 3, LLC<br><br>    Debtor. | Case No. 22-00205-ELG<br>Chapter 11 |
| YSRTL LLC TES CUSTODIAN<br><br>    Plaintiff<br><br>              vs.<br><br>WATERLOO RESCUE, LLC<br><br>    Defendant | Adv. Proc. No. 23-10030-ELG |
| YSRTL LLC TES CUSTODIAN<br><br>    Plaintiff<br><br>              vs.<br><br>WATERLOO RESCUE, LLC<br><br>    Defendant | Adv. Proc. No. 23-10033-ELG |

**ORDER OF DISMISSAL**

Upon consideration of the Stipulation of Dismissal filed by YSRTL LLC TES Custodian (the "Plaintiff") and Defendants Waterloo Rescue, LLC ("Waterloo") and Bradley Jones, Chapter 11 trustee (the "Trustee"), pursuant to Rule 41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Court hereby dismisses the above-captioned adversary proceeding with prejudice as to Waterloo and the Trustee, but not as to the District of Columbia.

**END OF ORDER**

**WE ASK FOR THIS**

| | |
|---|---|
| /s/ *Justin P. Fasano*<br>McNamee Hosea, P.A.<br>Justin P. Fasano, Esquire (Bar No. MD21201)<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770<br>Phone: 301-441-2420<br>jfasano@mhlawyers.com<br>*Counsel for Plaintiff* | /s/ *Bradley D. Jones*<br>Bradley D. Jones, No. VA 68<br>Joshua W. Cox, No. 1033283<br>Ruiqiao Wen, No. 1743500<br>STINSON LLP<br>1775 Pennsylvania Ave., N.W., Suite 800<br>Washington, DC 20006<br>Tel. (202) 785-9100<br>Fax (202) 572-9943<br>brad.jones@stinson.com<br>joshua.cox@stinson.com<br>ruiqiao.wen@stinson.com<br>*Counsel for Bradley D. Jones, Trustee* |
| /s/ Maurice Verstandig<br>Maurice B. VerStandig, Esq.<br>Bar No. MD18071<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>Phone: (301) 444-4600<br>Facsimile: (301) 444-4600<br>mac@mbvesq.com<br>*Counsel for Waterloo Rescue* | |