The order below is hereby signed.

Signed: March 13 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| | Case No. 22-00205-ELG |
| ADAMS 3, LLC | Chapter 11 |
| Debtor. | |
| YSRTL LLC TES CUSTODIAN | |
| Plaintiff | |
| | Adv. Proc. No. 23-10030-ELG |
| vs. | |
| WATERLOO RESCUE, LLC | |
| Defendant | |
| YSRTL LLC TES CUSTODIAN | |
| Plaintiff | |
| | Adv. Proc. No. 23-10033-ELG |
| vs. | |
| WATERLOO RESCUE, LLC | |
| Defendant | |

**ORDER OF DISMISSAL**

Upon consideration of the Stipulation of Dismissal filed by YSRTL LLC TES Custodian (the "Plaintiff") and Defendants Waterloo Rescue, LLC ("Waterloo") and Bradley Jones, Chapter 11 trustee (the "Trustee"), pursuant to Rule 41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Court hereby dismisses the above-captioned adversary proceeding with prejudice as to Waterloo and the Trustee, but not as to the District of Columbia.

**END OF ORDER**

**WE ASK FOR THIS**

| | |
|---|---|
| /s/ *Justin P. Fasano* <br> McNamee Hosea, P.A. <br> Justin P. Fasano, Esquire (Bar No. MD21201) <br> 6404 Ivy Lane, Suite 820 <br> Greenbelt, MD 20770 <br> Phone: 301-441-2420 <br> jfasano@mhlawyers.com <br> *Counsel for Plaintiff* | /s/ *Bradley D. Jones* <br> Bradley D. Jones, No. VA 68 <br> Joshua W. Cox, No. 1033283 <br> Ruiqiao Wen, No. 1743500 <br> STINSON LLP <br> 1775 Pennsylvania Ave., N.W., Suite 800 <br> Washington, DC 20006 <br> Tel. (202) 785-9100 <br> Fax (202) 572-9943 <br> brad.jones@stinson.com <br> joshua.cox@stinson.com <br> ruiqiao.wen@stinson.com <br> *Counsel for Bradley D. Jones, Trustee* |
| /s/ *Maurice Verstandig* <br> Maurice B. VerStandig, Esq. <br> Bar No. MD18071 <br> The VerStandig Law Firm, LLC <br> 1452 W. Horizon Ridge Pkwy, #665 <br> Henderson, Nevada 89012 <br> Phone: (301) 444-4600 <br> Facsimile: (301) 444-4600 <br> mac@mbvesq.com <br> *Counsel for Waterloo Rescue* | |

United States Bankruptcy Court

District of Columbia

YSRTL LLC TES CUSTODIAN,
    Plaintiff

Waterloo Rescue, LLC,
    Defendant

Adv. Proc. No. 23-10033-ELG

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 13, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 13 2024 22:09:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley David Jones | on behalf of Defendant Bradley Jones Chapter 11 Trustee brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com |
| Justin Philip Fasano | on behalf of Plaintiff YSRTL LLC TES CUSTODIAN jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Defendant Waterloo Rescue LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy L. Alper | |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 13, 2024 | Form ID: pdf001 | Total Noticed: 1 |

on behalf of Defendant The District of Columbia nancy.alper@dc.gov

Seth Paul Slomovitz

on behalf of Plaintiff YSRTL LLC TES CUSTODIAN seth@sayleslegal.com

TOTAL: 5